JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BEST,<br><br>        Plaintiff,<br><br>    v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>        Defendant. | CV 14-9743 PA (AGRx)<br><br>JUDGMENT |

Pursuant to the Court's June 8, 2015 Minute Order granting the Motion for Attorneys' Fees filed by plaintiff Jessica Best ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant Long Beach Unified School District shall pay to Plaintiff attorneys' fees in the amount of $38,637.50; and

2. Plaintiff shall recover her costs of suit.

DATED: August 5, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE